UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belford William Reitz, III,

        Plaintiff,

v.

State of Minnesota,

        Defendant,

Civil 14-378 SRN/FLN

O R D E R

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 25, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. This action is **SUMMARILY DISMISSED WITH PREJUDICE**;

3. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  March 17, 2014                     s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Court Judge